ANNIE DUDDY, as Administratrix of the Estate of MICHAEL DUDDY, Deceased, Respondent, *v.* STANDARD OIL COMPANY OF NEW YORK, Defendant, and PETROLEUM IRON WORKS COMPANY, Appellant.

*Duddy* v. *Standard Oil Co. of N. Y.*, 164 App. Div. 953, affirmed. (Argued May 11, 1916; decided May 30, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant. The deceased was an employee of the Standard Oil Company which had contracted with the defendant Petroleum Iron Works Company for the construction and painting of certain tanks. Deceased was killed by a ladder, used in the painting, being blown over and falling on him while

he was engaged in work near the foot of one of the tanks.

*Lyman A. Spalding* and *Theodore H. Lord* for appellant.

*Martin T. Manton* and *William H. Griffin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.